| | |
|---|---|
| 1 | Michael I. Neil (State Bar No. 40057) |
| 2 | **Neil Dymott Frank McFall & Trexler APLC**<br>1010 2nd Ave, Suite 2500 |
| 3 | San Diego, CA 92101-4959<br>Telephone: (619) 238-2240 |
| 4 | Facsimile: (619) 238-1562<br>Email: mneil@neildymott.com |
| 5 | Hugh A. McCabe (State Bar No. 131828) |
| 6 | **Neil Dymott Frank McFall & Trexler APLC**<br>1010 2nd Ave, Suite 2500 |
| 7 | San Diego, CA 92101-4959<br>Telephone: (619) 238-2250 |
| 8 | Facsimile: (619) 238-1562<br>Email: hmccabe@neildymott.com |
| 9 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nokia Corporation and Nokia Inc., | Case No.: **'13CV1231 MMAWMC** |
| Plaintiffs, | **NOTICE OF RELATED CASES** |
| v. | |
| HTC Corporation and HTC America Inc., | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Nokia submits the following Notice Pursuant to Local Roles 40.1(e) and (f).

Nokia and HTC are currently engaged in patent litigation in District of Delaware and before the International Trade Commission. Those actions, however, concern patents unrelated to those asserted here, and that differ in the scope of technology covered. Although the actions listed below involve some of the same parties, and may concern some of the same mobile phone and smartphone models, this action is likely to involve resolution of different legal and factual issues than those listed below, due to the differing patents and technologies involved:

1. *Nokia Corporation v. HTC Corporation*, Case No. 12-CV-00549-LPS, filed on May 2, 2012, in the United States District Court of Delaware. This action is currently stayed pursuant to 28 U.S.C. § 1659 in light of the ITC investigation styled *Certain Electronic Devices, Including Mobile Phones and Tablet Computers, and Components Thereof*, Inv. No. 337-TA-847.

2. *Nokia Corporation v. HTC Corporation*, Case No. 12-CV-00550-LPS, filed on May 2, 2012, in the United States District Court of Delaware. Pre-trial discovery is ongoing.

3. *Nokia Corporation v. HTC Corporation*, Case No. 12-CV-00551-LPS, filed on May 2, 2012, in the United States District Court of Delaware. Pre-trial discovery is ongoing.

DATED: May 23, 2013

**NEIL DYMOTT FRANK MCFALL & TREXLER APLC**

/s/ Michael I. Neil
Michael I. Neil
mneil@neildymott.com
Hugh A. McCabe
hmccabe@neildymott.com
Attorneys for Plaintiffs
**Nokia Inc.** and **Nokia Corporation**

1
NOTICE OF RELATED CASES